# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ELVI E. VALE PEREZ | CASE NO. 11-03795 BKT |
| | CHAPTER 7 |
| Debtor (s) | |

## MOTION SUBMITTING AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**TO THE HONORABLE COURT:**

**COMES NOW,** Debtor(s) represented by the undersigned attorney and respectfully submits the following amended schedules:

### AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION TO CLARIFY INTENTION

**THEREFORE,** Debtor respectfully requested that this Honorable Court take notice of the aforestated.

In San Juan, Puerto Rico this 7 day of February, 2012.

/s/ Jacqueline Hernandez Santiago, Esq.
JACQUELINE E. HERNANDEZ SANTIAGO, Esq.
USDC-PR 203007
PO BOX 366431
SAN JUAN, PR 00936-6431
TELS. (787) 766-0570 / (787) 751-6709
E-MAIL: quiebras1@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** THAT NOTICE OF FILING **MOTION TO AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**, was circulated to all creditors and parties in interest.

*I DO HEREBY CERTIFY* that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

WIGBERTO LUGO MENDER          trustee@lugomender.com

JACQUELINE HERNANDEZ SANTIAGO
                              quiebras1@gmail.com

MONSITA LECAROZ ARRIBAS
                              ustpregion21.hr.ecf@usdoj.gov

DORAL BANK
SERGIO A RAMIREZ DE ARELLANO
                              sramirez@sarlaw.com

EDUCOOP
PEDRO I TORRES AMADOR         ptorres@cnrd.com

*I DO HEREBY FURTHER CERTIFY* that on the same date a true and exact copy of the foregoing has been sent by regular United States mail **to Debtor, ELVI E VALE PEREZ at COND DE DIEGO 444 APTO 702 , AVE DE DIEGO RIO PIEDRAS, PR 00923 and to the following:**

AEELA                         (3215305)
PO BOX 364508                 (cr)
SAN JUAN, PR 00936

AMERICAN EXPRESS              (3215306)
PO BOX 360001                 (cr)
FORT LAUDERDALE, FL 33336-

*0001*

*BANCO POPULAR*
*DIV SERVICIO AL CONSUMIDOR*     *(3215307)*
*PO BOX 71375*                    *(cr)*
*SAN JUAN, PR 00936*

*CANCIO NADAL RIVERA DIAZ PSC*
*ATTY FOR EDUCOOP*                *(3221786)*
*PO BOX 364966*                   *(cr)*
*SAN JUAN PR 00936*

*DORAL BANK*                      *(3329117)*
*P.O. BOX 70308*                  *(cr)*
*SAN JUAN, P.R. 00936-8308*

*DORAL FINANCIAL*                 *(3215308)*
*PO BOX 71529*                    *(cr)*
*SAN JUAN, PR 00936*

*EDUCOOP*                         *(3215310)*
*PO BOX 192770*                   *(cr)*
*HATO REY, PR 00919*

*EDUCOOP*                         *(3215309)*
*PO BOX 192770*                   *(cr)*
*SAN JUAN, PR 00919*

*EDUCOOP*
*c/o Cancio, Nadal, Rivera & Diaz, PSC*  *(3221085)*
*PO Box 364966*                          *(cr)*
*San Juan, PR 00936-4966*

*JC PENNEY*                       *(3215311)*
*PO BOX 960090*                   *(cr)*
*ORLANDO, FL 32896-0090*

*MACYS*                           *(3215312)*
*PO BOX 183083*                   *(cr)*
*COLUMBUS, OH 43218*

*SAMS*                            *(3215313)*
*PO BOX 530942*                   *(cr)*
*ATLANTA, GA 30353*

*SEARS*                           *(3215314)*
*PO BOX 183114*                   *(cr)*
*COLUMBUS, OH 43218*

*SERGIO RAMIREZ DE ARELLANO*      *(3261799)*
*ATTY FOR DORAL*                  *(cr)*
*10TH FLOOR SUITE 1022*

*POPULAR CENTER*
*209 MUNOZ RIVERA AVE*
*SAN JUAN PR 00918*

In San Juan, Puerto Rico this 7day of February, 2012.

/s/ *Jacqueline Hernandez Santiago,Esq.*
JACQUELINE E. HERNANDEZ SANTIAGO, Esq.
USDC-PR 203007
PO BOX 366431
SAN JUAN, PR 00936-6431
TELS. (787) 766-0570 / (787) 751-6709
E-MAIL: quiebras1@gmail.com

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:
VALE PEREZ, ELVI E
          Debtor(s)

Case No. 11-03795 (B)
Chapter 7

*Amended* **CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

**Creditor's Name:** Doral Bank

**Describe Property Securing Debt:** Apt at Cond De Diego 444 #402 Ave De Diego, Rio Piedras, PR. 00920

Property will be *(check one)*:
☒ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☒ Claimed as exempt  ☐ Not claimed as exempt

---

**Property No. 2 (if necessary)**

**Creditor's Name:**

**Describe Property Securing Debt:**

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

___ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: February 7, 2012

Signature of Debtor: /s/ Elvi E. Vale Perez

Signature of Joint Debtor

IN RE VALE PEREZ, ELVI E  
Debtor(s)

Case No. 11-03795-BKT

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### Continuation Sheet - Page 1 of 1

**CHAPTER 13 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only